ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Defendant, Lake Mead Court Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A, SUCCERSSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOMW LOAN SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE MEAD COURT HOMEOWNERS ASSOCIATION, SFR INVESTMENTS OOL 1, LLC, AND ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00504-GMN-NJK<br><br>**STIPULATION TO SUBSTITUTE ATTORNEY FOR LAKE MEAD COURT HOMEOWNERS ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, and CARLOS NEVAREZ, an individual,<br><br>Counter/Cross-Defendants, | |

*Bank of America, N.A. v. Lake Mead Court Homeowners Association, et al.*
Case Number 2:16-cv-00504-GMN-NJK

## STIPULATION TO SUBSTITUTE ATTORNEY FOR LAKE MEAD COURT HOMEOWNERS ASSOCIATION

Pursuant to LR IA 11-6(c) Defendant, Lake Mead Court Homeowners Association, consents to the substitution of Ashlie L. Surur, Esq. of Hall Jaffe & Clayton, LLP as its attorney of record in place of Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C., and to the withdrawal of Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C.

Dated: ~~September~~ October 27, 2016.

_____
Lake Mead Homeowners Association

Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C. consents to the substitution of Ashlie L. Surur, Esq. of Hall Jaffe & Clayton, LLP, as the attorneys of record for Defendant, Lake Mead Court Homeowners Association and consents to its withdrawal as attorneys of record for, Lake Mead Court Homeowners Association.

Dated: September ___, 2016.

THE CLARKSON LAW GROUP, P.C.

_____
Adam H. Clarkson, Esq.
Nevada Bar No. 10003
Matthew J. McAlonis, Esq.
Nevada Bar No. 11203
John W. Aylor, Esq.
Nevada Bar No. 13448
2300 W. Sahara Ave., Suite 950,
Las Vegas, Nevada 89102

///
///
///
///

*Bank of America, N.A. v. Lake Mead Court Homeowners Association, et al.*
Case Number 2:16-cv-00504-GMN-NJK

### STIPULATION TO SUBSTITUTE ATTORNEY FOR LAKE MEAD COURT HOMEOWNERS ASSOCIATION

Pursuant to LR IA 11-6(c) Defendant, Lake Mead Court Homeowners Association, consents to the substitution of Ashlie L. Surur, Esq. of Hall Jaffe & Clayton, LLP as its attorney of record in place of Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C., and to the withdrawal of Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C.

Dated: September ___, 2016.

_____
Lake Mead Homeowners Association

Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C. consents to the substitution of Ashlie L. Surur, Esq. of Hall Jaffe & Clayton, LLP, as the attorneys of record for Defendant, Lake Mead Court Homeowners Association and consents to its withdrawal as attorneys of record for, Lake Mead Court Homeowners Association.

Dated: October 31, 2016.

THE CLARKSON LAW GROUP, P.C.

*/s/ John W. Aylor*
Adam H. Clarkson, Esq.
Nevada Bar No. 10003
Matthew J. McAlonis, Esq.
Nevada Bar No. 11203
John W. Aylor, Esq.
Nevada Bar No. 13448
2300 W. Sahara Ave., Suite 950,
Las Vegas, Nevada 89102

///
///
///
///

Ashlie L. Surur, Esq. of Hall Jaffe & Clayton, LLP accepts and consents to her substitution as attorney of record for Lake Mead Court Homeowners Association and to the withdrawal Adam H. Clarkson, Esq., Matthew J. McAlonis, Esq., and John W. Aylor, Esq. of The Clarkson Law Group, P.C.

Dated: October 31, 2016.

HALL, JAFFE & CLAYTON, LLP

/s/Ashlie L. Surur
Ashlie L. Surur, Esq.
Nevada Bar No.11290
7425 Peak Drive
Las Vegas, Nevada 89128

## ORDER

IT IS SO ORDERED.

Dated: November 1, 2016

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that on ~~September~~ October 31, 2016, I served a true and correct copy of the foregoing **Stipulation To Substitute Attorney For Lake Mead Court Homeowners Association** on the following parties by electronic transmission through the Court's electronic filing system:

John W. Aylor, Esq.
Matthew McAlonis, Esq.
Adam H. Clarkson, Esq.
The Clarkson Law Group, P.C.
2300 W. Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
*Attorneys for Lake Mead Court Homeowners Association*

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for SFR Investments Pool 1, LLC*

Steven T. Loizzi, Jr.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147
*Attorneys for Alessi & Koenig, LLC*

Darren Brenner, Esq.
William S. Habdas, Esq.
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A, Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

/s/ Alexandria Raleigh
An Employee of HALL JAFFE & CLAYTON, LLP