UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

Plaintiff(s),

vs.

LAKE MEAD COURT HOMEOWNERS' ASSOCIATION, et al.,

Defendant(s).

Case No. 2:16-cv-00504-GMN-NJK

ORDER

(Docket No. 64)

Pending before the Court is the parties' stipulated discovery plan and scheduling order. Docket No. 64. The Court issued a scheduling order on May 9, 2016 (Docket No. 25), and stayed discovery on September 20, 2016. Docket No. 56. Therefore, the parties had approximately four months to conduct discovery before discovery was stayed. During that time period, the deadlines for filing amended pleadings and the interim status report and exchanging expert disclosures expired. The parties fail to include a statement specifying the discovery that was completed prior to the stay or a specific description of the discovery that remains to be completed. The Court hereby **DENIES** without prejudice the parties' stipulated discovery plan and scheduling order. Docket No. 64.

//

//

//

The parties shall file a renewed joint proposed discovery plan and scheduling order, including all the required information pursuant to Local Rule 26-1,[1] no later than December 5, 2017.

IT IS SO ORDERED.

DATED: November 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the instant stipulation, the parties fail to abide by, *inter alia*, the requirements of Local Rule 26-1(b)(1), 26-1(b)(7), and 26-1(b)(8).