DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing LP f/k/a*
*Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>LAKE MEAD COURT HOMEOWNERS' ASSOCIATION, SFR INVESTMENTS POOL 1, LLC, AND ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00504-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 70] AND TO RESPOND TO COURT REQUEST FOR ADDITIONAL BRIEFING [ECF NO. 72]**<br><br>**FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING , LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, and CARLOS NEVAREZ, an individual,<br><br>Counter/Cross-Defendants | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC (**SFR**) respectfully submit the following stipulation to allow BANA seven additional days to reply supporting its motion for protective order, ECF No. 70, and to allow both BANA and SFR seven additional days to respond to this Court's request for a statement identifying substantially similar rulings, ECF No. 72:

BANA filed its motion for protective order on January 24, 2018. (ECF No. 70.) SFR filed an opposition on February 7, 2018. (ECF No. 71.) BANA's deadline to reply supporting its motion for protective order is February 14, 2018. L.R. 7-2(d). On February 8, 2018, this Court issued an order requesting both BANA and SFR file separate statements identifying rulings on substantially similar discovery disputes. (ECF No. 72.) The deadline to file those statements is February 14, 2018. (*Id.*)

The parties stipulate to extending BANA's reply deadline by seven days, to February 21, 2018, to allow BANA additional time to prepare briefing of maximum assistance to the court. The parties further stipulate to extend the time for both BANA and SFR to respond to this Court's February 8, 2018, order by seven days, to February 21, 2018.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

44125096;1

1    This is the parties' first request for an extension, and is not made to cause delay or prejudice

2    to any party.

3

4    This the 14th day of February, 2018.                This the 14th day of February, 2018.

5    **AKERMAN LLP**                                      **KIM GILBERT EBRON**

6     */s/ Jamie K. Combs*                                 */s/ Diana S. Ebron*
     ARIEL E. STERN, ESQ.                                 DIANA S. EBRON, ESQ.
7    Nevada Bar No. 8276                                  Nevada Bar No. 10580
     JAMIE K. COMBS, ESQ.                                 JACQUELINE A. GILBERT, ESQ.
8    Nevada Bar No. 13088                                 Nevada Bar No. 10593
     1160 Town Center Drive, Suite                        KAREN L. HANKS, ESQ.
9    Las Vegas, Nevada 89144                              Nevada Bar No. 9578
                                                          7625 Dean Martin Drive, Suite 110
10   *Attorneys for plaintiff and counter-defendant*      Las Vegas, Nevada 89139
     *Bank of America, N.A., successor by merger to*
11   *BAC Home Loans Servicing LP f/k/a*                  *Attorneys for defendant, counterclaimant and*
     *Countrywide Home Loans Servicing LP*                *cross-claimant SFR Investments Pool 1, LLC*

12

13                                                        **IT IS SO ORDERED:**

14

15                                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE
16
                                                          DATED: February 14, 2018
17                                                        _____

18

19

20

21

22

23

24

25

26

27

28

44125096;1