1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  darren.brenner@akerman.com
6  Email:  jamie.combs@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing LP f/k/a*
   *Countrywide Home Loans Servicing LP*

9

## UNITED STATES DISTRICT COURT

10

### DISTRICT OF NEVADA

11

12  BANK OF AMERICA, N.A., SUCCESSOR BY
    MERGER TO BAC HOME LOANS
13  SERVICING, LP FKA COUNTRYWIDE
    HOME LOANS SERVICING, LP,
14
               Plaintiff,
15
        v.
16
    LAKE MEAD COURT HOMEOWNERS'
17  ASSOCIATION, SFR INVESTMENTS POOL
    1, LLC, AND ALESSI & KOENIG, LLC,
18
               Defendants.
19

20  SFR INVESTMENTS POOL 1, LLC, a Nevada
    limited liability company,
21
               Counter/Cross Claimant,
22
    vs.
23
    BANK OF AMERICA, N.A., SUCCESSOR BY
24  MERGER TO BAC HOME LOANS
    SERVICING , LP FKA COUNTRYWIDE
25  HOME LOANS SERVICING, LP, and CARLOS
    NEVAREZ, an individual,
26
               Counter/Cross-Defendants
27

Case No.: 2:16-cv-00504-GMN-NJK

**STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO
MOTIONS FOR SUMMARY
JUDGMENT [ECF NOS. 83, 84]**

**FIRST REQUEST**

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

28

1

Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Lake Mead Court Homeowners' Association (**Lake Mead**) respectfully submit the following stipulation to allow fourteen additional days for the parties to respond to the motions for summary judgment filed by both BANA and SFR (ECF Nos. 83-84):

BANA and SFR each filed a motion for summary judgment on May 29, 2018. (ECF Nos. 83-84.) The deadline to respond to the summary judgment motions is June 19, 2018. (*Id.*)

The parties stipulate to extending the response deadlines for both motions by fourteen days, to July 3, 2018, to allow the parties additional time to prepare briefing of maximum assistance to the court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension, and is not made to cause delay or prejudice to any party.

This the 19th day of June, 2018.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP*

This the 19th day of June, 2018.

**HALL JAFFE & CLAYTON, LLP**

*/s/ Ashlie L. Surur*
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, NV 89128

*Attorneys for Lake Mead Court Homeowners' Association*

This the 19th day of June, 2018.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this ____20____ day of June, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT