UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>   Plaintiff(s),<br>v.<br>LAKE MEAD COURT HOMEOWNERS ASSOCIATION, et al.,<br>   Defendant(s). | Case No.: 2:16-cv-00504-GMN-NJK<br>**Order**<br>[Docket No. 90] |

Pending before the Court is a motion by attorney Steven Loizzi, Jr. to withdraw as counsel for Alessi & Koenig LLC. Docket No. 90. To date, no response has been filed. For good cause shown, the motion is hereby **GRANTED**.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* Docket No. 90 at 20-21 (correspondence related to other cases instructing that "defaults may be taken").[1] To the extent that is not accurate, a notice so indicating shall be filed within 14 days. Otherwise, the other parties may seek appropriate relief regarding Alessi & Koenig's non-participation.

IT IS SO ORDERED.

Dated: July 19, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The automatic bankruptcy stay has been terminated for all purposes other than collecting on a judgment obtained against Alessi & Koenig. *See* Docket No. 90 at 29.